IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

RIGOBERTO VILLANUEVA,

    *Plaintiff*,

v.

RUNOUT, INC., *et al.*,

    *Defendants*.

Civil Action No. 1:15-cv-01395-CMH-TCB

FILED SEP -1 2016 CLERK, U.S. DISTRICT COURT ALEXANDRIA, VIRGINIA

## ORDER

Upon consideration of the Joint Motion to Approve Settlement of Plaintiff's Claims filed by the parties, and the Court having reviewed the Settlement Agreement for fairness under the Fair Labor Standards Act of 1938 and having determined that it is fair and reasonable and that the amount allocated in the Settlement Agreement for attorneys' fees and costs is also fair and reasonable, it is, on this 1st of Sept, 2016, hereby

ORDERED that the Joint Motion to Approve Settlement of Plaintiff's Claims is GRANTED; and it is further

ORDERED that the Settlement Agreement signed by the parties and attached to said Joint Motion is APPROVED; and it is further

ORDERED that this case be, and the same hereby is, DISMISSED WITH PREJUDICE.

*/s/ Claude M. Hilton*
Claude M. Hilton, U.S. District Judge